# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI, as Administrator for the ESTATE OF JOSE DAMIANI, JR., and on behalf of herself, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:16-cv-53-RLY-DML ) |
| MICHAEL ALLEN, BOBBY TROUTMAN, TOWN OF WEST BADEN SPRINGS, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Defendant Michael Allen.

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

Date: October 4, 2019

By: *s/ Scott L. Barnhart*
Scott L. Barnhart
Special Counsel of Complex Litigation
Attorney No. 25474-82

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone: (317) 232-6309
Fax: (317) 232-7979
Email: Scott.Barnhart@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*s/ Scott L. Barnhart*
Scott L. Barnhart
Special Counsel of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 232-6309
Fax:     (317) 232-7979
Email:  Scott.Barnhart@atg.in.gov