## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI, as Administrator for the ESTATE OF JOSE DAMIANI, JR., and on behalf of herself, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ALLEN, <br> BOBBY TROUTMAN, <br> TOWN OF WEST BADEN SPRINGS, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:16-cv-53-RLY-DML <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Defendant Michael Allen.

                                                          Respectfully submitted,

                                                           CURTIS T. HILL, JR. <br>
                                                           Attorney General of Indiana <br>
                                                           Attorney No. 13999-20

Date: <u>October 4, 2019</u>                     By: *s/ Amanda J. Gallagher* <br>
                                                           Amanda J. Gallagher <br>
                                                             Deputy Attorney General <br>
                                                             Attorney No.  32662-79

OFFICE OF THE INDIANA ATTORNEY GENERAL <br>
Indiana Government Center South, 5th Floor <br>
302 West Washington Street <br>
Indianapolis, IN  46204-2770 <br>
Phone:  (317) 233-8297 <br>
Fax:     (317) 232-7979 <br>
Email:  Amanda.Gallagher@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*s/ Amanda J. Gallagher*
Amanda J. Gallagher
Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 233-8297
Fax:     (317) 232-7979
Email:  Amanda.Gallagher@atg.in.gov