IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI, as Administrator for the ESTATE OF JOSE DAMIANI, JR., and on behalf of herself, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:16-cv-53-RLY-DML ) |
| MICHAEL ALLEN, BOBBY TROUTMAN, TOWN OF WEST BADEN SPRINGS, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Defendant Michael Allen.

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

Date: October 4, 2019

By: *s/ Cory C. Voight*
Cory C. Voight
Special Counsel of Complex Litigation
Attorney No.  23180-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-7132
Fax:     (317) 232-7979
Email:  Cory.Voight@atg.in.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

> *s/ Cory C. Voight*
> Cory C. Voight
> Special Counsel of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-7132
Fax:     (317) 232-7979
Email:  Cory.Voight@atg.in.gov