UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

[ ] I have **no pending cases** in the District Court for the Southern District of Indiana.

[✓] I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]    )   4:16-cv-53-RLY-DML
                         )
                         )
                         )
                         )
                         )

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | Previous Information: | Current Information: |
|---|---|---|
| Name: | Amanda J. Lee | Amanda J. Gallagher |
| Law Firm, Company, and/or Agency: |  | Indiana Attorney General's Office |
| Address: |  | 302 W. Washington Street<br>I.G.C.S. - 5th Floor<br>Indianapolis, IN 46204 |
| Primary E-mail: | Amandajanelee405@gmail.com | Amanda.Gallagher@atg.in.gov |
| Secondary E-mail(s): |  |  |
| Telephone Number: |  | 317-233-8297 |
| Facsimile: |  |  |

Date: 10/4/2019                              s/ Amanda J. Gallagher

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.