UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI, | ) |
|        Plaintiff, | ) |
|        v. | ) No. 4:16-cv-00053-RLY-DML |
| MICHAEL ALLEN, et al. | ) |
|        Defendants. | ) |

## Order Setting Status Conference

This case is set for a telephone status conference on **November 8, 2019, at 11:30 a.m. (Eastern),** before Magistrate Judge Debra McVicker Lynch. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Dated: October 9, 2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system