UNITED STATES DISTRICT COURT
Southern District of Indiana

Submit by E-Mail

Save for E-Filing

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

☑ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]       ) 4:16-cv-53-RLY-DML
                             )
                             )
                             )
                             )
                             )
                             )

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Cory C. Voight | Cory C. Voight |
| **Law Firm, Company, and/or Agency:** | Coots Henke & Wheeler | Indiana Office of the Attorney General |
| **Address:** | 255 E Carmel Drive<br>Carmel, IN 46032 | 302 W. Washington Street<br>I.G.C.S. 5th Floor<br>Indianapolis, IN 46204 |
| **Primary E-mail:** | CVoight@chwlaw.com | Cory.Voight@atg.in.gov |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** |  | (317) 234-7132 |
| **Facsimile:** |  | (317) 232-7979 |

Date: 10/16/2019                            s/ Cory C. Voight

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.