# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI, as Administrator for the ESTATE OF JOSE DAMIANI, JR., and on Behalf of herself, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO.: 4:16-cv-00053-RLY-DML ) |
| MICHAEL ALLEN, BOBBY TROUTMAN, TOWN OF WEST BADEN SPRINGS, TOWN OF FRENCH LICK, INDIANA STATE POLICE DEPARMENT, AS-YET UNIDENTIFIED INDIANA STATE POLICE DEPARMENT EMPLOYEES, AS-YET UNIDENTIFIED FRENCH LICK POLICE DEPARTMENT EMPLOYEES, and AS-YET UNIDENTIFIED WEST BADEN POLICE DEPARMENT EMPLOYEES, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Defendants, Michael Allen and the Indiana State Police, by counsel, filed a Motion to Withdraw the Appearances of Benjamin M.L. Jones and Denise A. Robinson. The Court, having reviewed the motion and being duly advised in the premises, now **GRANTS** the motion.

**IT IS, THEREFORE, ORDERED** by the Court that the appearances of Benjamin M.L. Jones and Denise A. Robinson be withdrawn and that Deputy Attorneys General Diana Moers and Joshua R. Lowry, continue to represent the Defendants, Michael Allen and the Indiana State Police and their interests.

**IT IS FURTHER ORDERED** by the Court that the docket be amended to remove any listing of Benjamin M.L. Jones and Denise A. Robinson as counsel for the defendants as of the date of this Order.

Date: 10/24/2019

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

**Distribution:**

All Electronically Registered Counsel