UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI as Administrator for the ESTATE OF JOSE DAMIANI, JR., and on behalf of herself, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 4:16-cv-00053-RLY-DML |
| MICHAEL ALLEN, | ) ) ) |
| Defendant. | ) |

**COURTROOM MINUTES FOR JANUARY 21, 2020
BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

On this date, Plaintiff April Damiani appears in person and by Counsels Russell Ainsworth, Anand Swaminathan and Sam Heppell. Defendant Michael Allen appears in person and by Counsels Scott Barnhart and Cory Voight.   Stating they are ready to proceed, the trial of this cause is commenced.   Those jurors regularly drawn are examined by the court and counsel, and those jurors selected are sworn.

The court preliminarily instructs the jury and opening argument of counsel is heard.   Evidence on behalf of the plaintiff is commenced.    The time for adjournment having arrived the court is adjourned until 8:30 a.m. tomorrow.   The jury is admonished and allowed to separate.

Distributed Electronically to Registered Counsel of Record