UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| APRIL DAMIANI as Administrator for the ESTATE OF JOSE DAMIANI, JR., and on behalf of herself, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No. 4:16-cv-00053-RLY-DML |
| MICHAEL ALLEN, | ) ) ) |
| Defendant. | ) |

**COURTROOM MINUTES FOR JANUARY 24, 2020**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Come again the parties and the jury and the trial is resumed.

Evidence on behalf of the Plaintiff is commenced and concluded.

Evidence on behalf of the Defendant is commenced.

The time for adjournment having arrived, the court is adjourned until 8:30 a.m. on Monday, January 27, 2020.   The jury is admonished and allowed to separate.

Distributed Electronically to Registered Counsel of Record